DLM REF.: 7G-1459



WAIVER OF SERVICE OF SUMMONS

TO:  David L. Mazaroli, Attorney for Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the action of **INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, et al.** which is case number **07 CIV. 7858 (BSJ)** in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without costs to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **September 10, 2007**, or within 90 days after that date if the request was sent outside the United States.

> **Maersk Line, AP Moller-Maersk**
> **A/S Maersk Sealand**
> **Giralda Farms**
> **Madison Avenue**
> **P.O. Box 880**
> **Madison, New Jersey 07940**

9/13/07
Date

Signed: _____

Name: _MASSOUD MESSKOUB_

Title: DIR CLAIMS

Company: MAERSK NF.