Ilene J. Feldman, Esq. (IF1045)
COLLINS & FELDMAN
Attorneys for BNSF Railway Company
20 Vesey Street, Suite 503
New York, New York 10007
(866) 434-4440
   and
325 Reef Road, Suite 105
Fairfield, CT 06824
(203) 254-2277 (phone)
(203) 256-3333 (facsimile)
Email:  collinsfeldman@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF         :
NORTH AMERICA,                         :
                                       :   ECF CASE
              Plaintiff,               :
                                       :   07 Civ. 7858
    v.                                 :
                                       :   Judge Jones
BURLINGTON NORTHERN AND SANTA FE       :   Magistrate Judge Freeman
RAILWAY COMPANY,  BNSF RAILWAY CO.,    :
MAERSK LINE, AP MOLLER-MAERSK          :
A/S MAERSK SEALAND,   ,                :
                                       :
              Defendants.              :
-----------------------------------------------------------------X

## DEFENDANT BNSF RAILWAY COMPANY'S
## RULE 7.1 STATEMENT

Pursuant to Rule 7.1, Defendant BNSF Railway Company ("BNSF") by its attorneys, Collins

& Feldman, states that its parent, affiliate and subsidiary companies are listed on Exhibit A

annexed hereto.

Dated: November 9, 2007

          By_____/s/ Ilene J. Feldman_____
               Ilene J. Feldman, Esq. (IF1045)
               COLLINS & FELDMAN
               Attorneys for Defendant
               BNSF Railway Company
               20 Vesey Street, Suite 503
               New York, New York 10007
               (866) 434-4440
               and
               325 Reef Road, Suite 105
               Fairfield, CT 06824
               (203) 254-2277

To:    David L. Mazaroli, Esq. (DM-2929)
        11 Park Place, Suite 1214
        New York, New York 10007-2801

        Attorneys for Plaintiff

        Michael Fernandez, Esq.
        Freehill, Hogan & Maher
        80 Pine Street
        New York, New York 10005-1759

        Attorneys for Defendants
        Maersk Line & AP Moller-Maersk
        A/S Maersk Sealand

# EXHIBIT A

Burlington Northern Santa Fe Corporation
BNSF Acquisition, Inc.
Burlington Northern Santa Fe Insurance Company, Ltd,
Iron Horse Power, LLC
BNSF Railway Company
FreightWise, Inc.
North American Railways, Inc.
BNSF logistics, LLC
FreightWise Commercial Services, LLC
Western Merger Sub, Inc.
Alameda Belt Line
Bayport Systems, Inc.
BayRail, LLC
The Belt Railway Company of Chicago
BN Leasing Corporation
BNSF Equipment Acquisition Company, LLC
The Burlington Northern and Santa Fe Railway Company de Mexico S.A. de C.V.
Burlington Northern Dock Corporation
BNSF Railway International Services Inc.
Burlington Northern (Manitoba) Limited
Burlington Northern Railroad Holdings, Inc.
Burlington Northern Santa Fe British Colombia, Ltd.
Burlington Northern Santa Fe Manitoba, Inc.
Burlington Northern Santa Fe Properties, LLC
Central California Traction Company
The Dodge City and Cimarron Valley Railway Company
Electro Northern, Inc.
Houston Belt & Terminal Railway Company
INB Corp.
Iowa Transfer Railway Company
Kansas City Terminal Railway Company
Longview Switching Company
Los Angeles Junction Railway Company
Midwest/Northwest Properties, Inc.
M-R Holdings Acquisition Company
MT Properties, Inc.
Northern Radio Limited
The Oakland Terminal Railway
Oklahoma City Junction Railway Company
Paducah & Illinois Railroad Company
Pathnet Telecommunications, Inc.
Pine Canyon Land Company
Portland Terminal Railroad Company

Rio Grande, El Paso and Santa Fe Railroad Company
Santa Fe Pacific Insurance Company
Santa Fe Pacific Railroad Company
Santa Fe Receivables Corporation
Santa Fe Terminal Services, Inc.
SFP Pipelines Holdings, Inc.
Santa Fe Pacific Pipelines, Inc.
Star Lake Railroad Company
St. Joseph Terminal Railroad Company
Sunset Communications Company
Sunset Railroad Company
Terminal Railroad Association of St. Louis
Texas City Terminal Railway Company
Transportation Group Management Inc.
Wyoming Transportation Group, L.L.C.
TTX Company
Western Fruit Express Company
The Wichita Union Terminal Railway Company
Winona Bridge Railway Company
The Zia Company