0470-07/MF
Freehill, Hogan & Mahar, LLP
Attorneys for Defendant
A.P. MOLLER - MAERSK A/S
80 Pine Street
New York, New York 10005-1759
Michael Fernandez, Esq.
212 425 1900 (Tel)
212 425 1901 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,

                Plaintiff,                          07 Civ. 7858 (**BSJ**)

    -against-                              **RULE 7.1 STATEMENT**

BURLINGTON NORTHERN AND SANTA
FE RAILWAY COMPANY; BNSF RAILWAY
CO.; MAERSK LINE; AP MOLLER-MAERSK
A/S MAERSK SEALAND,

                Defendants.

------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for A.P. Moller-Maersk A/S (a private non-governmental party) certifies that it is a company traded on the Copenhagen stock exchange.

NYDOCS1/292859.1

Dated: New York, New York
      November 27, 2007

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Defendant
                                      A.P. Moller-Maersk A/S

By:         /s/ Michael Fernandez
                MICHAEL FERNANDEZ (MF4514)
                80 Pine Street
                New York, New York 10005
                (212) 425-1900

NYDOCS1/292859.1