```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
INDEMNITY INSURANCE COMPANY OF       : 07 Civ. 7858 (BSJ) (JCF)
NORTH AMERICA,                       :
                 Plaintiff,          :        O R D E R
                                     :
          - against -                :
                                     :
BURLINGTON NORTHERN AND SANTA FE     :
RAILWAY COMPANY; BNSF RAILWAY CO.;   :
MAERSK LINE; AP MOLLER-MAERSK A/S;   :
MAERSK SEALAND;                      :
                 Defendants.         :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

A pretrial conference having been held on February 22, 2008, it is hereby ORDERED as follows:

1. All discovery shall be completed by May 30, 2008.

2. The pretrial order shall be submitted by June 30, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*(signature)* James C. Francis IV
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         February 22, 2008

1

Copies mailed this date:

David L. Mazaroli, Esq.
Law Offices of David L. Mazaroli
11 Park Place, Suite 1214
New York, New York 10007

Ilene J. Feldman, Esq.
Collins & Feldman
20 Vesey Street, Suite 503
New York, New York 10007

Justin T. Nastro, Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street - 24th Floor
New York, New York 10005