**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

LAW OFFICES
**DAVID L. MAZAROLI**
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

July 16, 2008

**TELEFAX: (212) 805-7930**

Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Indemnity Insurance Company of North America
                 v. Burlington Northern and Santa Fe, et al.
                 07 Civ. 7858 (JCF)
                 Our File: 7G-1459

Dear Judge Francis:

    I represent the plaintiff in this action which involves a cargo damage claim arising from a derailment. There have been discussions concerning possible settlement. However, there is a significant spread between plaintiff's demand and defendant's offer. It is possible that further discovery will facilitate closing this gap. Plaintiff also contemplates filing a motion for summary judgment if a settlement is not reached. Counsel join in respectfully proposing that the July 18, 2008 discovery deadline be extended to August 29, 2008 and the pre-trial order or dispositive motion deadline be extended to October 17, 2008. For the sake of good order I inform the Court that between September 5 and 23, 2008 I have overseas travel commitments. The Court's attention is appreciated.

                                          Respectfully,

                                          David L. Mazaroli

*[Handwritten endorsement: 7/17/08 Application granted. SO ORDERED. James C. Francis IV USMJ]*

cc:    Freehill, Hogan & Mahar, LLP
       Attn.: Michael Fernandez, Esq. (via e-mail: fernandez@freehill)

       Collins & Feldman
       Attn.: Ilene J. Feldman, Esq. (via e-mail: collinsfeldman@aol.com)