David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

-----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY              :
OF NORTH AMERICA,
                                         :    07 Civ. 7858 (JCF)
            Plaintiff,
                                         :
    - against -
                                         :    **STIPULATION & ORDER**
                                              **OF DISCONTINUANCE**
BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY            :
CO.; MAERSK LINE; AP MOLLER-MAERSK
A/S MAERSK SEALAND;                      :

            Defendants.                  :
-----------------------------------------------------------------x

A settlement agreement having been reached, it is hereby stipulated and agreed that this action, including all cross-claims, is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) and (c) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiff's counsel.

Dated: New York, New York
        August ____, 2008

                                    SO ORDERED:

                                    _____
                                    UNITED STATES DISTRICT JUDGE

07 Civ. 7858 (JCF)
Stipulation & Order of Discontinuance
Page 2

                                                LAW OFFICES,
                                                DAVID L. MAZAROLI

                                                David L. Mazaroli (DM 3929)
                                                Attorney for Plaintiff
                                                11 Park Place - Suite 1214
                                                New York, New York 10007
                                                Tel.: (212)267-8480
                                                Fax.: (212)732-7352
                                                E-mail: dlm@mazarolilaw.com
                                                File No.: 7G-1459

Freehill, Hogan & Mahar, LLP
Attorneys for Defendants
MAERSK LINE
AP MOLLER-MAERSK
A/S MAERSK SEALAND

By: _____
     Michael Fernandez (MF-4514)
     80 Pine Street
     New York, New York 10005-1759
     Tel.: (212)425-1900

Collins & Feldman
Attorneys for Defendants
BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY
BNSF RAILWAY CO.

By: _____ p.e.a
     Ilene J. Feldman (IF-1045)
     325 Reef Road, Suite 105
     Fairfield, CT 06824
     Tel.: (203)254-2277