David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

-----------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
INDEMNITY INSURANCE COMPANY
OF NORTH AMERICA,

    Plaintiff,

  - against -

BURLINGTON NORTHERN AND SANTA FE
RAILWAY COMPANY; BNSF RAILWAY
CO.; MAERSK LINE; AP MOLLER-MAERSK
A/S MAERSK SEALAND;

    Defendants.
-----------------------------------------x

07 Civ. 7858 (JCF)

**STIPULATION & ORDER
OF DISCONTINUANCE**

A settlement agreement having been reached, it is hereby stipulated and agreed that this action, including all cross-claims, is discontinued as to all parties pursuant to Rule 41 (a)(1)(ii) and (c) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiff's counsel.

Dated: New York, New York
   August 8, 2008

SO ORDERED:

_James C. Francis IV_
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

07 Civ. 7858 (JCF)
Stipulation & Order of Discontinuance
Page 2

                                      LAW OFFICES,
                                      DAVID L. MAZAROLI

                                      _____
                                      David L. Mazaroli (DM 3929)
                                      Attorney for Plaintiff
                                      11 Park Place - Suite 1214
                                      New York, New York 10007
                                      Tel.: (212)267-8480
                                      Fax.: (212)732-7352
                                      E-mail: dlm@mazarolilaw.com
                                      File No.: 7G-1459

Freehill, Hogan & Mahar, LLP
Attorneys for Defendants
MAERSK LINE
AP MOLLER-MAERSK
A/S MAERSK SEALAND

By: _____
Michael Fernandez (MF-4514)
80 Pine Street
New York, New York 10005-1759
Tel.: (212)425-1900

Collins & Feldman
Attorneys for Defendants
BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY
BNSF RAILWAY CO.

By: _____
Ilene J. Feldman (IF-1045)
325 Reef Road, Suite 105
Fairfield, CT 06824
Tel.: (203)254-2277